UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TIMOTHY ARNOLD, : | |
| : | |
| Plaintiff, : | Case No. 3:19-cv-340 |
| : | |
| v. : | Judge Thomas M. Rose |
| : | |
| SPEEDWAY, LLC, : | |
| : | |
| Defendant. : | |

**ENTRY AND ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION OF PARTIES FOR EXTENSION OF CASE DEADLINES (DOC. NO. 36)**

Currently before the Court is Plaintiff Timothy Arnold ("Plaintiff") and Defendant Speedway, LLC ("Speedway") (collectively, "Parties") Joint Motion of Parties for Extension of Case Deadlines (the "Motion"). (Doc. No. 36.) The Parties request the Court extend all current pretrial deadlines for sixty (60) days after the Court issues its ruling on Defendant's Motion for Summary Judgment. (*Id*. at PageID 485-86.) The Court **GRANTS IN PART** and **DENIES IN PART** the Parties' Motion.

The Court finds good cause to extend the deadline for the final pretrial conference. However, the Court declines to extend the deadlines by sixty (60) days or extend the deadlines based on the Court's issuance of a decision on the Motion for Summary Judgment. The Court further declines to move the trial date. Finally, the Parties shall comply with the established deadlines for filing motions *in limine*, filing the proposed final pre-trial order, and exchanging trial exhibits, as originally set forth in the Preliminary Pretrial Conference Order. (Doc. No. 12 at PageID 91.)

1

The Court amends the previous trial schedule as follows:

1. In chambers final pretrial conference: **January 5, 2022 at 2:30 p.m.**

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, November 15, 2021.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
